McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2726

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LEONEL MENDOZA,<br><br>    Defendant,<br><br>    and<br><br>MELY NEGRETE and MODESTO GALICIA,<br><br>    Sureties. | CR S-91-492-EJG<br><br>ACKNOWLEDGMENT OF THE COURT'S RECEIPT OF PAYMENT FOR BOND AND ORDER OF DEED OF RECONVEYANCE |

    On December 12, 1991, this Court ordered Defendant Leonel Mendoza ("Defendant") released on a two hundred fifty thousand dollars ($250,000.00) real property bond.

    On or about January 17, 1992, the Sureties Ms. Mely Negrete and Mr. Modesto Galicia delivered to the Clerk of the Court for the United States District Court for the Eastern District of

1

1  California, a Deed of Trust as security for a portion of said
2  bond up to the amount of forty-five thousand dollars ($45,000).
3  Said Deed of Trust named the Clerk of the Court as beneficiary
4  and said document was recorded with the Los Angeles County
5  Recorder, document number 91-490483.  (A copy of said the Deed of
6  Trust is appended as Exhibit 1 to the United States' Notice of
7  Receipt of Payment for Bond and Request for Order of Deed of
8  Reconveyance filed herein on August 5, 2005.)
9       On May 26, 1992, a hearing was scheduled for the Defendant
10 and Defendant failed to appear.  On May 29, 1992, the Court
11 issued an arrest warrant for the Defendant.  On August 14, 1992,
12 the Court issued an Order forfeiting the bond pledged by the
13 Sureties Ms. Mely Negrete and Mr. Modesto Galicia to the United
14 States of America.  On August 14, 1992, the Court issued an
15 Amended Order declaring the forfeiture of bail as to the
16 Defendant Leonel Mendoza.
17      On September 1, 1992, the Court issued an Order vacating its
18 August 14, 1992 order of forfeiture of bond as to the Defendant.
19 On October 29, 1992, the Court issued a Second Amended Order
20 declaring Forfeiture of Bail, and the Court further issued an
21 Amended Order forfeiting and transferring title to real property
22 to the United States.  However, a Substitution of Trustee
23 transferring the interest of the Clerk of the Court to the United
24 States of America as beneficiary was not recorded with the Los
25 Angeles County Recorder.
26      The Sureties has informed the United States of America that
27 the Sureties are attempting to sell the real property used as
28 collateral for the bond in order to pay in full the amount of the

1  bond to include any and all accrued and accruing interest.  In
2  order to assist the Clerk of the Court and the Sureties in this
3  matter, the United States has made a demand upon the escrow
4  company Detente Escrow Corporation for payment in the amount of
5  ninety-five thousand sixty-eight dollars and twenty-seven cents
6  ($95,068.27).
7       On August 2, 2005, the United States received from Investor
8  Title Company, on behalf of Detent Escrow Corporation and the
9  Sureties, ninety-five thousand sixty-eight dollars and twenty-
10 seven cents ($95,068.27) as payment of the bond amount to include
11 accrued and accruing interest.  The United States has caused said
12 payment to be forwarded to the Clerk of the Court. (A copy of
13 said payment is appended as Exhibit 2 to the United States'
14 Notice of Receipt of Payment for Bond and Request for Order of
15 Deed of Reconveyance filed herein on August 5, 2005.)
16      Having paid the bond amount, the United States, on behalf of
17 the Sureties Ms. Mely Negrete and Mr. Modesto Galicia, has
18 requested the Court to order the Clerk of the Court to provide
19 the Sureties with a duly executed Deed of Reconveyance.
20      The United States' request that the Court order the Clerk of
21 the Court to provide the Sureties with a duly executed Deed of
22 Reconveyance is hereby GRANTED.  A Deed of Reconveyance shall be
23 dully executed by the Clerk of the Court and forwarded directly
24 to Detente Escrow Corporation at the following address:
25               Detente Escrow Corporation
                 536 S. Glendora Avenue
26               West Covina, California 91790
                 Attn: Ms. Yvonne Martinez, Escrow Officer
27
28

1       IT IS SO ORDERED.

DATED: August 5, 2005              /s/ Edward J. Garcia
                                   EDWARD J. GARCIA
                                   United States District Judge